**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| BRUCE FRANKS, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DAVID STEINMEYER, et al. )<br>)<br>Defendants. ) | Case No. 4:16-cv-2138<br><br>**JURY TRIAL DEMANDED** |

**REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANT STEINMEYER**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Plaintiff hereby moves for voluntary dismissal of all claims against Defendant David Steinmeyer without prejudice, each party to bear its own attorney fees and costs.

Dated:  June 23, 2018              Respectfully submitted,
**ARCHCITY DEFENDERS, INC.**

By:/s/ *Nathaniel R. Carroll*
      Blake A. Strode (MBE #68422MO)
      Michael-John Voss (MBE #61742MO)
      Nathaniel R. Carroll (MBE #67988MO)
      Sima Atri (MBE #70489MO)
      John M. Waldron (MBE #70401MO)
      440 N. 4th Street, Suite 390
      Saint Louis, MO 63102
      855-724-2489 ext. 1012
      314-925-1307 (fax)
      bstrode@archcitydefenders.org
      mjvoss@archcitydefenders.org
      ncarroll@archcitydefenders.org
      satri@archcitydefenders.org
      jwaldron@archcitydefenders.org
      *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that notice of filing and a true and correct copy of the foregoing was served on all parties of record via this Court's ECF/PACER notification system on this 23rd day of June, 2018.

                                                         /s/ *Nathaniel R. Carroll*