## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| BRUCE FRANKS, JR., | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:16-cv-2138-JCH |
| | ) | |
| | ) | |
| PHILIP VON DER HEYDT, et al. | ) | |
|     Defendants | ) | |

### PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

COMES NOW Plaintiff Bruce Franks by and through undersigned counsel and moves voluntarily to dismiss with prejudice all claims against Defendant St. Louis County in this matter. Each party shall bear its own attorneys' fees and costs.

Dated: October 11, 2019           Respectfully submitted,

**ARCHCITY DEFENDERS, INC.**

By: /s/ *John M. Waldron*
    Blake A. Strode (MBE #68422MO)
    Michael-John Voss (MBE #61742MO)
    Sima Atri (MBE #70489MO)
    John M. Waldron (MBE #70401MO)
    440 North 4th Street, Ste. 390
    Saint Louis, MO 63102
    855-724-2489 ext. 1021
    314-925-1307 (fax)
    bstrode@archcitydefenders.org
    mjvoss@archcitydefenders.org
    satri@archcitydefenders.org
    jwaldron@archcitydefenders.org
    *Attorneys for Plaintiff*